UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THE GREAT SEAL NATIONAL
ASSOCIATION OF MOORISH AFFAIRS,**

        **Plaintiffs,**         CASE NUMBER: 06-CV-15625
                                            HONORABLE VICTORIA A. ROBERTS

**v.**

**46TH DISTRICT COURT OF OAKLAND COUNTY, MICHIGAN,
36TH DISTRICT COURT OF WAYNE COUNTY, MICHIGAN,
MICHIGAN, 3RD JUDICIAL COURT OF MICHIGAN,
WAYNE COUNTY TREASURER, WAYNE
COUNTY SHERIFF, WAYNE COUNTY CLERK,**

        **Defendants.**
_____/

**ORDER DISMISSING PLAINTIFFS' COMPLAINT**

The Great Seal National Association of Moorish Affairs ("Plaintiffs")[1] filed a Complaint against the 46th District Court of Oakland County, Michigan, 36th District Court of Wayne County, Michigan, the 3rd Judicial Circuit Court of Michigan, Wayne County Treasurer, the Wayne County Sheriff, and the Wayne County Clerk (collectively, "Defendants"). Plaintiffs' allege that in violation of 42 U.S.C. § 1983, Defendants foreclosed and reassigned their property by failing to recognize the "Declaration of Nationality and Constitutional Protection of Rights and Immunities of the Indigenous Moorish Americans."

---

[1] The Court notes that several parties identified as Plaintiffs, Catherine Ann Jenkins, Stacie Marie McKinney, Eric J. Maloney, and Donald Franklin Gay, Jr, withdrew from the Complaint.

The Court generally may not *sua sponte* dismiss a complaint where the filing fee has been paid unless the court gives the plaintiff the opportunity to amend the complaint. *Tingler v. Marshall*, 716 F.2d 1109, 1111-12 (6th Cir.1983). A dismissal, however, is warranted "pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir.1999); *see also Dekoven v. Bell*, 142 F.Supp.2d 748, 755 (E.D.Mich. 2001). A complaint may be dismissed as frivolous "where it lacks an arguable basis either in law or in fact" and includes allegations that are "clearly baseless", "fantastic", or "delusional." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also*, *Denton v. Hernandez*, 504 U.S. 25, 32 (1992).

Plaintiffs' Complaint is indecipherable. From what can be gleaned, Plaintiffs claim to own several parcels of property in Michigan by virtue of their Moorish ancestry. They seek to sue judicial officers and local government officials for allegedly depriving them of their lawful right to ownership. The allegations are baseless, fantastic and delusional, and the Court dismisses the Complaint.

**IT IS ORDERED**.

      /s/ Victoria A. Roberts  
      Victoria A. Roberts  
      United States District Judge

Dated: January 17, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record and Eli Thomas by electronic means or U.S. Mail on January 17, 2007.

s/Linda Vertriest
Deputy Clerk