UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THE GREAT SEAL NATIONAL**
**ASSOCIATION OF MOORISH AFFAIRS,**

      **Plaintiffs,**            CASE NUMBER: 06-CV-15625
                                        HONORABLE VICTORIA A. ROBERTS

**v.**

**46TH DISTRICT COURT OF OAKLAND COUNTY, MICHIGAN,**
**36TH DISTRICT COURT OF WAYNE COUNTY, MICHIGAN,**
**MICHIGAN, 3RD JUDICIAL COURT OF MICHIGAN,**
**WAYNE COUNTY TREASURER, WAYNE**
**COUNTY SHERIFF, WAYNE COUNTY CLERK,**

      **Defendants.**
_____/

**ORDER**

On January 17, 2007, the Court dismissed Plaintiff's Complaint *sua sponte* because it did not identify a federal cause of action or allege facts demonstrating diversity jurisdiction. On January 23, 2007, Plaintiffs filed an *"Emergency Motion to Stay Void of Judgment and Judicial Notice."* The Court treats this as a motion for it to reconsider its Order of Dismissal.

Eastern District of Michigan Local Rule 7.1(g)(3) provides for reconsideration if the movant demonstrates a palpable defect by which the court and the parties have been misled, and further demonstrates that correcting the defect will result in a different disposition of the case. "A 'palpable defect' is a defect which is obvious, clear, unmistakable, manifest, or plain." *Fleck v. Titan Tire Corp.*, 177 F.Supp.2d 605, 624 (E.D.Mich. 2001). "[T]he court will not grant motions for rehearing or reconsideration

that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." L.R. 7.1(g)(3).

Plaintiffs fails to make the required showing for reconsideration. The Court is not persuaded that its ruling contained manifest errors of law, and Plaintiffs did not identify any factual matter of which the Court was not aware when it ruled on the issues raised. Further, Plaintiffs failed to state a basis upon which to grant a stay. Therefore, Plaintiffs' motion is **DENIED**.

**IT IS SO ORDERED**.

s/Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: February 5, 2007

> The undersigned certifies that a copy of this document was served on the attorneys of record and The Great Seal National Assocation of Moorish Affairs by electronic means or U.S. Mail on February 5, 2007.
>
> s/Linda Vertriest  
> Deputy Clerk